**Order entered January 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00805-CR
No. 05-18-00830-CR

**ROBERT BERNARD RICHARDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-76782-U, F17-18579-U**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the September 26, 2018 motion of Julie Woods for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Julie Woods as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Robert Bernard Richardson, TDCJ No. 02205364, Gurney Unit, 1385 FM 3328, Palestine, Texas, 75803.

/s/    ERIN A. NOWELL
        JUSTICE